# United States Court of Appeals
## For the First Circuit

---

No. 00-1958

MIRRA COMPANY, INC.,

Plaintiff, Appellant,

v.

SCHOOL ADMINISTRATIVE DISTRICT #35
A POLITICAL SUBDIVISION OF THE STATE OF MAINE
WITH PRINCIPAL OFFICES IN SOUTH BERWICK, MAINE,

Defendant Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge]

---

ERRATA SHEET

The opinion of this Court issued on June 5, 2001, is corrected as follows:

On page 4, line 3, change "a addendum" to "an addendum"